# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| **SHARON DELOIS JACKSON,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **No. 3:13-cv-00692** | |
| | ) | **CHIEF JUDGE CRENSHAW** | |
| **SOCIAL SECURITY** | ) | | |
| **ADMINISTRATION,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 40), recommending that Plaintiff's Motion for Judgment on the Record (Doc. No. 31-1) be denied and the final decision of the Commissioner be affirmed. After being granted an extension of time until September 28, 2017 to file objections, Plaintiff did not file any. (Doc. No. 42.) After a de novo review of the record, the Unopposed Report and Recommendation (Doc. No. 40) is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 31-1) is **DENIED**. The final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE